UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHELLE L. BRANCH, on her own behalf and
on behalf of other similarly situated,

    Plaintiff,

v.                                      CASE NO: 8:07-cv-95-T-26TBM

DUKES-STEEN FUNERAL HOME, INC., and
RICHARD C. GANDY,

    Defendants.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion for Partial Summary Judgment (Dkt. 19) is stricken for failure to comply with paragraph 6(b) of the Court's Summary Judgment Procedures set forth in the Case Management and Scheduling Order entered May 16, 2007, at docket 12.

**DONE AND ORDERED** at Tampa, Florida, on November 16, 2007.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record